| | |
|---|---|
| Bucyrus Eq. Co. v. Oberlander | 19237 |
| Cincin. Trac. Co. v. Kroger | 19235 |
| Donnelly Co. v. Bernatowicz | 19232 |
| Menihan Co. v. Kreites | 19239 |
| Mitchell v. Swart | 19225 |
| Oberlander v. Bucyrus Eq. Co. | 19238 |
| Pacyna et v. Sawicki et | 19230 |
| Papista v. Cecil | 19224 |
| Peters v. Steubenville, et, Trac. Co. | 19236 |
| Ry. Conductors, Order, v. Carpenter | 19231 |
| State ex v. Witter | 19233 |
| State v. Indus. Com. | 19234 |
| Strauss v. Metropolitan 5c & 50c stores | 19228 |
| Winton v. Universal Co. | 19240 |

### JUNE 22, 1925

19224—Nicholas Papista v. John Cecil; motion for Cuyahoga Appeals to certify. M. W. Vickery, Cleveland, for pltf; Dustin, McKeehan, Merrick, Arter & Stewart, Cleveland, for deft.

19225—George F. Mitchell v. John H. Swart; motion for Cuyahoga Appeals to certify. Squire Sanders & Dempsey, Cleveland, for pltf; Day & Day, Cleveland, for deft.

### JUNE 29, 1925

19229—Abe Strauss v. Metropolitan 5c and 50c Stores, Inc; motion for Summit Appeals to certify. J. B. Dworken, Cleveland, Lahrmer & Hadley, Akron, for pltf; Commins, Brouse, Englebeck & McDowell, Akron, for deft.

19230—Stanislav Pacyna et al v. Frank Sawicki et al; motion for Cuyahoga Appeals to certify. V. J. Conrad, Cleveland, for pltf; Frank A. Green, Cleveland, for deft.

### JULY 1, 1925

19231—Order of Railway Conductors, etc. v. Harry L. Carpenter; motion for Hamilton Appeals to certify. Nichols, Morrill, Stewart & Emter, and Grimm, Wheeler & Elliott, Cincinnati, for pltf; T. L. Michie, F. S. Bonham, Cincinnati, for deft.

19232—Lee E. Donnelly Co. v. Joe Bernatowicz; motion for Lorain Appeals to certify. D. H. Aiken, Lorain, for pltf; Frank Coleman, Lorain, for deft.

19233—State of Ohio ex rel Albert Smith v. H. R. Witter, Director, etc; in mandamus. Stanley S. Stewart, Columbus, for pltf; C. C. Crabbe, Atty. Genl., Columbus, for deft.

### JULY 2, 1925

19234—State of Ohio, ex, v. Indust. Com. In mandamus. Bradford & Lanes, Columbus, for pltf.

19235—Cincinnati Trac. Co. v. Stanley C. Kroger; motion for Hamilton Appeals to certify. John M. McCaslin, Cincinnati, for pltf; W. F. Hopkins and C. H. Hoffmeister, Cincinnati, for deft.

19236—William H. Peters v. Steubenville, Ea. Lw. & Beaver. Val. Trac. Co.; motion for Jefferson Appeals to certify. Williams & No-lan, for pltf; W. McD. Miller and Ray N. Merrynan, for deft., both of Steubenville.

19237—Bucyrus Equity Co. et v. Henry N. Oberlander; motion for Marion Appeals to certify. O. W. Kennedy, and W. J. Geer for pltf; Chas. F. Schaber and L. C. Feightner, for deft; all of Bucyrus.

19238—Henry N. Oberlander v. Bucyrus Equity Co.; motion for Marion Appeals to certify. L. C. Feightner and Charles F. Schaber, for pltf; O. W. Kennedy and W. J. Geer, for deft; all of Bucyrus.

### JULY 3, 1925

19239—Menihan Co. v. Russell F. Kreites et. Motion for Tuscarawas Appeals to certify. Siekel & Hill, Dover, for pltf; Wilkin, Fernshell & Fisher, New Philadelphia, for deft.

19240—Eli Winton v. Universal Co. Motion for Wood Appeals to certify. Ben J. F. James for pltf. Stanley S. Stewart, for deft; both of Bowling Green.

## PROCEEDINGS OF SUPREME COURT

### SUPREME COURT—MOTION DOCKET

19028—Cleveland (City) v. Amedo Ferrando, et al. Motion to extend time for printing brief. Allowed. Dock. 3 18-25, 3 Abs. 198; OS. Pend. 3 Abs. 330.

19050—Alva R. Corlett v. A. J. Pearson et al. Motion by deft. to dismiss pet. err. Dismissed. Dock. 3-30-25, 3 Abs. 214.

19098—Commonwealth Casualty Co. v. Ina M. Smith. Motion for Muskingum Appeals to certify. Overruled. Dock. 4-24-25, 3 Abs. 278.

19103—Columbus Railway, Power & Light Co. v. Public Util. Comm. Motion by M. M. Horch, Fred S. Davis and Fern Fissel to be made parties defendant. Allowed. Dock. 4-24-25, 3 Abs. 278.

19108—Industrial Comm. v. Bert Snyder et al. Motion to dispose with printing of bill of exceptions except as to certain testimony and records. Allowed. Dock. 4-28-25, 3 Abs. 297.

19113—D. T. & I. R. R. Co. v. John D. Rohrs. Motion for Fulton Appeals to certify. Allowed. Dock. 5-4-25, 3 Abs. 297; OA. 3 Abs. 276.

19114—D. T. & I. R. R. Co. v. Minnie Vogeley. Motion for Fulton Appeals to certify. Allowed. Dock. 5-4-25, 3 Abs. 297; OS. Pend. 3 Abs. 419; OA. 3 Abs. 394.

19144—Industrial Comm. v. Grace Van Allen. Motion for Muskingum Appeals to certify. Overruled. Dock. 5-13-25, 3 Abs. 329.

19157—Anthony Schappacasse et al v. Fred Laub et al. Motion for Sumit Appeals to certify. Overruled. Dock. 5-20-25, 3 Abs. 341.

19160—Edgar Stark, Extr. v. Fredericka Steube, etc. Motion for Hamilton Appeals to certify. Overruled. Dock 5-21-25, 3 Abs. 341.

19163—Mary J. White v. Abraham J. Kane. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5-21-25, 3 Abs. 341; OS. Pend. 3 Abs. 421.

19164—Charlotte Miller v. West Side Sav.

## STATE SUPREME COURT—Continued

& Loan Ass'n. Motion for Cuyahoga Appeals to certify. Voluntarily dismissed. Dock. 5-21-25, 3 Abs. 341.